```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

MARIA SUAREZ-TORRES,

    **Plaintiff**,

          v.                    **Civil No**. 16-1012 (FAB)

HOTEL CIELO MAR,
TEODORO RUIZ-ORONA,

    **Defendants.**

**JUDGMENT**

In accordance with the Order entered today (Docket No. 11), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 3, 2016.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE